*So Ordered.*

*s/ Christopher A. Boyko*
Senior United States District Judge

4/21/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATHAN FARRELL, | ) | Case No. 1:21-cv-1960 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER BOYKO |
| | ) | |
| -vs- | ) | MAGISTRATE JUDGE JONATHAN |
| | ) | D. GREENBERG |
| SPITZER MOTOR CITY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Nathan Farrell, by and through his undersigned counsel, and Spitzer Motor City, by and through its undersigned counsel, hereby notify the Court that Plaintiff's claims against Spitzer Motor City, Inc. are hereby dismissed, without prejudice. Each party shall bear their own costs.

Respectfully submitted,

/s/ *Rachel Sabo Friedmann*
Rachel Sabo Friedmann (0089226)
**The Friedmann Firm LLC**
3740 Ridge Mill Drive
Hilliard, Ohio 43026
Phone: 614-610-9757
Fax: 614-737-9812
Email: Rachel@tfflegal.com

*Attorney for Plaintiff*

*/s/ Daniel Mason (per email authorization)*
Daniel D. Mason (0055958)
Giardini, Poplar & Mason LLC
520 Broadway Avenue, Third Floor
Lorain, Ohio 44052
Phone: 440-898-7012
Fax: 440-984-7525